UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE


Kevin D. Hall

     v.                              Civil No. 05-fp-381

Cheshire County Department
of Corrections, Superintendent, et al.


                    **ORDER GRANTING REQUEST TO**
                    **PROCEED IN FORMA PAUPERIS**


     Plaintiff's request to proceed in forma pauperis is hereby

granted, but only for the purpose of waiving the filing fee.

     This case has been assigned number 05-cv-381-JD.

     **SO ORDERED.**

                                     _____
                                     James R. Muirhead
                                     United States Magistrate Judge


Date:  November 3, 2005

cc:    Kevin D. Hall, *pro se*