UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Kevin D. Hall

      v.                        Civil No. 05-cv-381-JD

Cheshire County Department of Corrections,
Superintendent, et al.


O R D E R


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 10, 2006.

SO ORDERED.


February 28, 2006                  /s/ Joseph A. DiClerico, Jr.
                                     Joseph A. DiClerico, Jr.
                                      United States District Judge


cc:    Kevin D. Hall, pro se