UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin D. Hall

    v.                                          Civil No. 05-cv-381-JD

Cheshire County Department
of Corrections, Superintendent, et al.

**ORDER**

    Re:  Document No. 59, **Motion For Subpoena**

    Ruling: Denied.  (1) The amendment must include a complete copy of the amended complaint or at the very least what it is alleged that Dr. Swartout did to plaintiff; (2) the court does not subpoena people – litigants do; (3) you are not entitled to counsel or money for fees; (4) this court has no jurisdiction over the jail or any New York residents; (5) the court does not conduct depositions and (6) the clerk will hold any exhibits you send for your use at trial.

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date:  March 6, 2007

cc:  John A. Curran, Esq.
     Kevin D. Hall, pro se