UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Hall</u>

v.                              Civil No. 05-cv-381-JD

<u>Cheshire County Department of Corrections, Superintendent, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation (Document #55) of Magistrate Judge Muirhead dated February 6, 2007.

SO ORDERED.

March  7, 2007                    <u>/s/ Joseph A. DiClerico, Jr.</u>
                                  Joseph A. DiClerico, Jr.
                                  United States District Judge


cc:    Kevin Hall, pro se
       John Curran, Esq.