UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Hall</u>

                v.                Civil No. 05-cv-381-JD

<u>Cheshire County Department of Corrections, Superintendent, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation (Document #58) of Magistrate Judge Muirhead dated February 6, 2007.

SO ORDERED.

March 7, 2007                      <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

cc:    Kevin Hall, pro se
        John Curran, Esq.